# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**NEW VENTURE HOLDINGS, L.L.C.**
**D/B/A THE DUMP,**

    **Plaintiff and Counterclaim**
    **Defendant,**

v.                                                            Case No. 2:18-cv-370

**DEVITO VERDI, INC.,**

    **Defendant and Counterclaim**
    **Plaintiff.**

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE THAT, defendant and counterclaim plaintiff DeVito Verdi, Inc. and plaintiff and counterclaim defendant New Venture Holdings, L.L.C. (together, the "Parties") have reached a settlement of all claims and defenses in this matter; and stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this matter, including all claims and counterclaims set out in the pleadings filed herein, shall be and is DISMISSED WITH PREJUDICE, with each Party to bear its own costs, attorneys' fees, and expenses.

**WE ASK FOR THIS:**

*/s/*
Kristan B. Burch (VSB No. 42640)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
Fax:     (888) 360-9092
E-mail: kbburch@kaufcan.com
E-mail: cjbelote@kaufcan.com
*Counsel for Defendant DeVito Verdi, Inc.*

/s/_____
Brett A. Spain, Esq.
bspain@wilsav.com
Jason Ohana, Esq.
johana@wilsav.com
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5534 (office)
(757) 628-5566 (fax
*Counsel for by Plaintiff New Venture Holdings, L.L.C. d/b/a The Dump*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2020, a true copy of the foregoing pleading has been electronically filed with the Clerk of Court using the CM/ECF system, which caused notice of electronic filing to be sent to:

>Brett A. Spain, Esq.
>bspain@wilsav.com
>Jason Ohana, Esq.
>johana@wilsav.com
>Willcox & Savage, P.C.
>440 Monticello Avenue, Suite 2200
>Norfolk, Virginia 23510
>(757) 628-5534 (office)
>(757) 628-5566 (fax
>*Counsel for New Venture Holdings, L.L.C.*
>*d/b/a The Dump*

/s/

>Kristan B. Burch (VSB No. 42640)
>Clark J. Belote (VSB No. 87310)
>KAUFMAN & CANOLES, P.C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>Phone: (757) 624-3000
>Fax: (888) 360-9092
>E-mail: kbburch@kaufcan.com
>E-mail: cjbelote@kaufcan.com
>*Counsel for Defendant DeVito Verdi, Inc.*